IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Butler, Jimmy C | Case Number: 05 B 36208 |
|---|---|---|
| | Butler, Tanya | Judge: Hollis, Pamela S |
| | Printed: 2/19/08 | Filed: 9/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 17, 2007
Confirmed: January 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,800.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,409.16 |
| Priority: | | 0.00 |
| Administrative: | | 2,099.20 |
| Trustee Fee: | | 191.58 |
| Other Funds: | | 100.06 |
| Totals: | 3,800.00 | 3,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,099.20 | 2,099.20 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 3. | Capital One | Unsecured | 228.29 | 37.90 |
| 4. | B-First | Unsecured | 153.62 | 25.50 |
| 5. | Capital One | Unsecured | 181.79 | 30.17 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 79.00 | 17.52 |
| 7. | AT&T Wireless | Unsecured | 49.63 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 1,659.98 | 368.13 |
| 9. | Midland Credit Management | Unsecured | 203.16 | 33.73 |
| 10. | United Student Aid Funds Inc | Unsecured | 2,378.43 | 527.42 |
| 11. | United States Dept Of Education | Unsecured | 150.95 | 25.07 |
| 12. | Premier Bankcard | Unsecured | 47.58 | 0.00 |
| 13. | T Mobile USA | Unsecured | 39.38 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 59.28 | 0.00 |
| 15. | RMI/MCSI | Unsecured | 1,550.00 | 343.72 |
| 16. | America OnLine | Unsecured | | No Claim Filed |
| 17. | Dorothy Brown Clerk Of The Circuit | Unsecured | | No Claim Filed |
| 18. | Lincoln Tech | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | TCF Bank | Unsecured | | No Claim Filed |
| 21. | US Cellular | Unsecured | | No Claim Filed |
| 22. | Gisillermo Rojas | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,880.29 | $ 3,508.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Butler, Jimmy C                           Case Number:  05 B 36208
        Butler, Tanya                             Judge:  Hollis, Pamela S
        Printed:  2/19/08                         Filed:  9/8/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 88.64 |
| 5% | 15.79 |
| 4.8% | 68.38 |
| 5.4% | 18.77 |
|  | _____ |
|  | $ 191.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

